```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 21238
   RICHARD W ZECH
   SHARON A ZECH                           CHAPTER 13

                                           JUDGE: MANUEL BARBOSA
           Debtor
    SSN XXX-XX-0574    SSN XXX-XX-5841

--------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/13/07 and confirmed on 02/15/08.

    2.  The case was converted to Chapter 7 after confirmation, 03/03/2008.

    3.  The Debtor paid a total of $   1200.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOUSEHOLD FINANCE CORP I | CURRENT MORTG | .00 | .00 | .00 |
| HOUSEHOLD FINANCE CORP I | MORTGAGE ARRE | 8133.04 | .00 | .00 |
| KANE COUNTY TREASURER | SECURED | 3237.89 | .00 | 359.76 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FLOWERS BY BELMONTE | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| MARATHON OIL | UNSECURED | NOT FILED | .00 | .00 |
| MCYDSNB | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SALERNOS ROSEDALE CHAPEL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SHELL OIL | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 11370.93 | .00 | .00 | .00 | 11370.93 |

```
PRINCIPAL PAID              359.76         .00         .00         .00       359.76
INTEREST PAID                  .00         .00         .00         .00          .00
TOTAL PAID                  359.76         .00         .00         .00       359.76
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $    3500.00
and was paid $     600.00   direct and $     770.64   through the plan.

The Trustee received $      69.60 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 06/26/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE